**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IBRAHIM MERT OZDIL,

               Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

               Defendants.

Civil Action No. 1:26-cv-12348-ADB

<u>**DEFENDANTS' ASSENTED-TO MOTION FOR REMAND TO COMPLETE THE ADJUDICATION OF PLAINTIFF'S APPLICATION FOR NATURALIZATION**</u>

With Plaintiff's assent, Defendants respectfully request that the Court remand this case to U.S. Citizenship and Immigration Services ("USCIS") for completion of the adjudication of Plaintiff's Form N-400, Application for Naturalization. As support for this Motion, Defendants state as follows:

1.     Plaintiff filed the complaint in this action on May 22, 2026.

2.     Plaintiff alleges that he filed his Form N-400, Application for Naturalization, with USCIS on January 30, 2023, and was interviewed in connection with his application on September 3, 2025.

3.     Plaintiff filed this action under 8 U.S.C. § 1447(b), which vests district courts with jurisdiction to "either determine the matter or remand the matter, with appropriate instructions, to [USCIS] to determine the matter."

4.     USCIS is prepared to adjudicate Petitioner's application. Accordingly, Defendants respectfully request that the Court remand this matter to USCIS so that the agency can promptly adjudicate Plaintiff's application within thirty (30) days. To the extent USCIS fails to adjudicate

the application within such time, jurisdiction over Plaintiff's Form N-400, Application for Naturalization, will be returned to the Court.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court remand this matter to USCIS to allow the agency to adjudicate Plaintiff's application within thirty (30) days.

Respectfully submitted,

LEAH B. FOLEY

United States Attorney

By:    /s/ Nicole M. O'Connor
       Nicole M. O'Connor
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3112
       nicole.o'connor@usdoj.gov

Date:  August 3, 2026

## 7.1 CERTIFICATION

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that I conferred via telephone with Plaintiff regarding the relief requested in this Motion.  Plaintiff assents to the relief requested herein.

Dated:  August 3, 2026                /s/ Nicole M. O'Connor
                                      Nicole M. O'Connor
                                      Assistant United States Attorney

2

## <u>CERTIFICATE OF SERVICE</u>

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that true copy of the above document was served upon all parties of record via this court's electronic filing system and upon any non-registered participants via mail.


Dated:  August 3, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney